[No. 1427.]

STEVEN ANDREWS *v.* THE STATE.

AGGRAVATED ASSAULT AND BATTERY—EVIDENCE.—If the prosecution of an adult male for an aggravated assault and battery upon a female is based on Clause 5 of Article 496 of the Penal Code, it must be affirmatively shown that the defendant was an adult male when the offense was committed.

APPEAL from the County Court of De Witt. Tried below before the Hon. F. J. Lynch, County Judge.

The information charged the appellant, an adult male, with an aggravated assault and battery upon the person of Waity Brown,

a female.   The trial resulted in the conviction of the appellant, and his punishment was assessed at a fine of twenty-five dollars.

As indicated in the opinion, there was a total failure to prove the sex or age of the defendant.

*W. R. Friend,* for the appellant.

*O. S. Eaton,* for the State.

Willson, J.   It is alleged in the information that the defendant, an adult male, committed an aggravated assault upon a certain female.   There is a total want of evidence to establish the allegation that the defendant was an adult male.   (*Schenault* v. *The State,* 10 Texas Ct. App., 410; *George* v. *The State,* 11 Texas Ct. App., 95)   Because of this defect in the evidence, the judgment of conviction is reversed, and the cause is remanded.

*Reversed and remanded.*

Opinion delivered January 17, 1883.